United States District Court
Southern District of Texas
**ENTERED**
April 11, 2017
David J. Bradley, Clerk

**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| **Dan B. Lain,** | § | |
| **Trustee of the Dune Plan Trust,** | § | Civil Action 4:17-cv-00934 |
| | § | 149th District Court of Brazoria |
| ***Plaintiff*** | § | County, Texas 90698-CV |
| | § | |
| **vs.** | § | |
| | § | |
| **James A. Watt, et al.,** | § | |
| | § | |
| ***Defendants.*** | § | |

**ORDER GRANTING DEFENDANTS' MOTION TO TRANSFER CASE AND TRANSFERRING CASE TO THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF TEXAS**

On this day the Court considered the Motion to Transfer Case filed by Defendants James A. Watt, Frank T. Smith Jr., Hal L. Bettis, Amiel David, Alan Gaines, Alan D. Bell, Alexander A. Kulpecz, Jr., Emanuel R. Pearlman, Eric R. Stearns, John A. Brecker, Marjorie L. Bowen, Michael A. Keener, Richard M. Cohen, Robert A. Schmitz, Steven P. Kovacs, Steven Barrenchea, Steven M. Sisselman, and William E. Greenwood (collectively, the "Defendants"). The Court, having considered the Motion, any response thereto, the arguments of counsel, and the evidence on file, finds that the Motion is meritorious and should be GRANTED. It is therefore

ORDERED that Defendants' Motion to Transfer Case is GRANTED in its entirety. It is further

ORDERED that this case shall immediately be transferred to the United States District Court for the Western District of Texas, Austin Division.

Lee H. Rosenthal

**HONORABLE LEE H. ROSENTHAL**
**UNITED STATES DISTRICT JUDGE**
April 11, 2017

6103394